1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRA M. HAGINS,

        Petitioner,

  v.

JOHN GAY, WARDEN,

        Respondent.

Case No. C06-5676FDB-KLS

ORDER DENYING
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)    petitioner's application to proceed *in forma pauperis* is DENIED; and

    (3)    the Clerk is directed to send directed to send copies of this Order to petitioner.

    DATED this 4th day of January 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE