UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRA' M. HAGINS,

          Petitioner,

   v.

JOHN GAY, *et al*,

          Respondents.

Case No. C06-5676FDB-KLS

ORDER

     This matter is before the Court on petitioner's motion to supplement the record. (Dkt. #10). After reviewing plaintiff's motion and the remaining record, the Court hereby finds and orders as follows:

     On January 5, 2007, the Court issued an order (Dkt. #9) granting plaintiff's motion for stay and abeyance (Dkt. #3), staying this case to give plaintiff the opportunity to fully exhaust his federal claims. In that order, the Court directed plaintiff to file an amended petition containing all of his fully exhausted federal claims within 30 days after exhausting his remaining unexhausted claim in state court.

     On January 12, 2007, plaintiff filed his motion requesting that the Court accept certain additional evidence regarding his prior trial counsel. The Court will not at this time grant plaintiff's request. As noted above, plaintiff is required to file an amended complaint upon returning to this Court containing all of his fully exhausted claims. Plaintiff may include in that amended petition any facts or other evidence he deems necessary to support the petition. Accordingly, plaintiff's motion to supplement the record hereby

ORDER
Page - 1

1  (Dkt. #10) is DENIED.

2  The Clerk shall send a copy of this Order to petitioner and counsel for respondent.

3  DATED this 26th day of January, 2007.

Karen L. Strombom
United States Magistrate Judge