UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRA M. HAGINS,<br><br>                  Petitioner,<br><br>          v.<br><br>JOHN GAY, WARDEN,<br><br>                  Respondent. | Case No.  C06-5676FDB-KLS<br><br>ORDER GRANTING<br>RESPONDENT'S MOTION FOR<br>EXTENSION OF TIME TO FILE<br>ANSWER |

This matter is before the court on respondent's motion for an extension of time to file an answer to the petition. (Dkt. #24)  After reviewing the motion and the remaining record, the Court hereby ORDERS as follows.

Respondent filed his motion on October 5, 2007, requesting an extension of time until November 29, 2007, in which to file an answer to petitioner's petition, stating that the additional time was necessary to properly review and prepare the relevant state court record and prepare an adequate answer.  Indeed, on November 16, 2007, respondent filed both his answer and notice of filing the relevant state court record. (Dkt. #26 and #27).   Petitioner has filed no response to respondent's motion, and raised no objection thereto in the reply he filed to respondent's answer. (Dkt. #28). In addition, the Court finds that respondent's motion was not filed for improper purposes and that the requested extension of time will not prejudiced petitioner.

Accordingly, respondent's motion for extension of time to file answer (Dkt. #24) hereby is

ORDER
Page - 1

1 | GRANTED, and the answer and accompanying state court record hereby are ACCEPTED for filing.
2 | The Clerk shall send copies of this Order to petitioner and counsel for respondent.
3 | DATED this 6th day of December, 2007.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2