UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRA M. HAGINS,

             Petitioner,

    v.

JOHN GAY, WARDEN

             Respondent.

Case No.  C06-5676FDB-KLS

ORDER REGARDING FURTHER
SUPPLEMENTATION OF STATE
COURT RECORD

This matter is before the Court on petitioner's amended petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #14) and respondent's filing of her second answer (Dkt. #34) and supplemental submission of the state court record (Dkt. #35) in response thereto pursuant to the Court's order that she do so (Dkt. #30) . Petitioner has filed his reply to respondents second answer. (Dkt. #36).

Upon review of the supplemental state court record filed by respondent, it appears that only certain portions of the transcripts of petitioner's trial and related proceedings are included therein. See Exhibit 20, Verbatim Report of Proceedings, State v. Hagins, Pierce County Superior Court Cause No. 01-1-05013-5 ("Verbatim Report of Proceedings"), Volume 11 of 19, June 11, 2002, pp. 488-652; Exhibit 21, Verbatim Report of Proceedings, Volume 17 of 19, June 21, 2002, pp. 1300-1470). However, because the complete transcripts thereof are deemed to be necessary to the full and fair resolution of this matter, respondent hereby is directed to file a copy of the remainder of those transcripts with the Court by **no later than May 2, 2008**.

Accordingly, the Clerk shall re-note this matter for consideration on **May 9, 2008**. The Clerk also

ORDER
Page - 1

1  shall send a copy of this Order to petitioner and counsel for respondent.

2  DATED this 9th day of April, 2008.

Karen L. Strombom
United States Magistrate Judge