UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRA M. HAGINS,

    Petitioner,

v.

JOHN GAY, WARDEN,

    Respondent.

Case No.  C06-5676FDB-KLS

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE TRANSCRIPTS

This matter is before the Court on respondent's filing of a motion for an extension of time to file transcripts (Dkt. #39) in response to the Court's order to further supplement the state court record with the complete trial transcripts (Dkt. #38).  The Court, having considered respondent's motion, the Declaration of John Samson (Dkt. #40) and the remaining record, hereby finds and orders as follows:

(1)     Respondent's motion for an extension of time to **June 2, 2008**, to submit copies of the transcripts from petitioner's state court proceedings (Dkt. #39) as directed in the Court's order to do so (Dkt. #38), hereby is GRANTED.

(2)     The Clerk shall re-note this matter for consideration on **June 6, 2008**.

(3)     The Clerk also shall send a copy of this Order to petitioner and to counsel for respondent.

DATED this 5th day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1