UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRA M. HAGINS,

    Petitioner,

v.

JOHN GAY, WARDEN,

    Respondent.

Case No. C06-5676FDB

ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Petitioner moves for a 60-day extension of time to file objections to the Report and Recommendation filed July 24, 2008 and noted for this Court's consideration on August 22, 2008. Petitioner states that the prison in which he is housed was placed on lockdown on July 23, 2008 and access to the law library was precluded for some period of time. [See attachment to Motion] Petitioner also states that he is being transferred [See attachment to Motion], that his property is packed 5-7 days before the move, and he assumes it will take 3-4 weeks to receive his property and another week or two to gain access to the law library. On August 11, 2008 [Dkt. # 45], Petitioner advised of his new address in Arizona. Petitioner has show good cause.

NOW, THEREFORE, IT IS ORDERED: Petitioner's Motion for Extension of Time [Dkt. # 44] is GRANTED; Petitioner shall submit his objections by no later than October 17, 2008; any reply is due no later than October 23, 2008; this matter will be renoted for the Court's consideration on Friday, October 24, 2008.

DATED this 22nd day of August, 2008.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1