# United States District Court

WESTERN DISTRICT OF WASHINGTON

Andra A. Hagins

v.

John Gay, Warden

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5676

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal *habeas corpus* petition is DISMISSED.

October 20, 2008

BRUCE RIFKIN
Clerk

_s/ J.L. Patton_
Deputy Clerk