UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRA M. HAGINS,<br><br>    Petitioner,<br><br>    v.<br><br>STEVE SINCLAIR, WARDEN,<br><br>    Respondent. | Case No. C06-5676FDB<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Petitioner's *habeas corpus* petition challenged the legality of his conviction on six grounds. This Court adopted the Magistrate Judge's Report and Recommendation, which thoroughly examined each of the arguments advanced and concluded that four grounds were unexhausted and procedurally barred. The Magistrate Judge recommended that the remaining two claims be dismissed on their merits. Those two claims had to do with the trial court's refusal to grant a mistrial based on alleged tainting of the jury and a failure of the trial court to find that Petitioner was denied a fair trial as a result of the prosecutor's closing statements.

    As to the claims that are unexhausted and procedurally barred, this Court concludes that jurists of reason would not resolve the issues differently. As to the remaining two claims, there is no substantial showing of denial of a federal right, and a certificate of appealability will be denied.

ORDER - 1

1 ACCORDINGLY, IT IS ORDERED: Petitioner's Application for Certificate of Appealability
2 [Dkt. # 53] is DENIED.
3 DATED this 5th day of December, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2